UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DANTE MORRIS, | ) | CASE NO. 4:10 CV 1565 |
| Petitioner, | ) | JUDGE JAMES S. GWIN |
| v. | ) | |
| | ) | MEMORANDUM OF OPINION |
| UNITED STATES OF AMERICA, | ) | AND ORDER |
| Respondent. | ) | |

On July 15, 2010, petitioner pro se Dante Morris, a prisoner at FPI Fort Dix, filed this Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255, seeking to challenge his January 2010 conviction in the United States District Court for the Eastern District of Pennsylvania.

An action under section 2255 may only be filed in the court in which Morris was convicted. 28 U.S.C. § 2255. Accordingly, this action must be and is hereby dismissed without prejudice. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis on which to issue a

certificate of appealability. 28 U.S.C. § 2253; Fed.R.App.P. 22(b).

    IT IS SO ORDERED.

Dated: September 7, 2010            *s/      James S. Gwin*
                                              JAMES S. GWIN
                                              UNITED STATES DISTRICT JUDGE